# QUADRINO SCHWARTZ

666 Old Country Road | 9th Floor | Garden City, NY 11530
Phone: 516.745.1122 | Fax: 516.745.0844

The Woolworth Building | 233 Broadway | 5th Floor | New York, NY 10279
Phone: 212.608.5445

www.quadrinoschwartz.com

Richard J. Quadrino | Evan S. Schwartz | Michail Z. Hack◊
Scott M. Harrigan◊ | Christopher L. Van DeWater | Harold J. Ely◊*

◊ Counsel  * Admitted in NY and NJ

Attorneys At Law

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 9/20/12

Reply To:
Garden City Office

September 19, 2012

**VIA FEDERAL EXPRESS**

Magistrate Judge Andrew J. Peck
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED** 9/20/12

Application for Ferret to excuse the court (at 2/2-RJ[?]-0036) at the time you so ordered. SO ORDERED:

Hon. Andrew J. Peck
United States Magistrate Judge

Copies to all counsel [?]

Re:   Ferret v. Prudential Ins. Co. of America – Index No.: 12-CV-0273 (JGK)(AJP)

Your Honor:

We represent the Plaintiff in the above captioned action. We write in connection with the settlement conference scheduled for October 1, 2012 at 11:00 a.m. before Your Honor. The Court's September 7, 2012 Settlement Conference Order provides that "[c]lient's must be present at the conference."

We respectfully request that the Court excuse our client from this requirement. Our client currently resides in France and is suffering from severe financial hardship. Not only would a flight to New York be expensive, but it would be very difficult for him to travel due to his intractable back pain. Additionally, we have full settlement authority from our client and our adversaries have consented to our client's absence from the settlement conference. Finally, our client is well aware that he has to be available by phone throughout the conference, and is taking measures to ensure that he has both a primary line dedicated to telephone calls the day of the conference, as well as a back-up number and accessibility to e-mail.

Accordingly, we ask that Your Honor issue an order excusing our client from appearing in person at the settlement conference.

Respectfully Submitted,

QUADRINO & SCHWARTZ, P.C.

By: _____
    Evan S. Schwartz

ESS/par

cc:   Michelle d'Arcambal, Esq.

# ECF TRANSCRIPTION SHEET



**ANDREW J. PECK**
**UNITED STATES MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:        (212) 805-7933
Telephone No.:  (212) 805-0036

<u>Dated:</u>  <u>September 20, 2012</u>                    <u>Total Number of Pages:</u>  <u>2</u>

## TRANSCRIPTION OF MEMO ENDORSED ORDER

Approved. Mr. Ferret is to call the Court (at 212-805-0036) at the time of the conference.


Copies to:   All Counsel
             Judge John G. Koeltl